# Court of Appeals
# of the State of Georgia

ATLANTA, February 01, 2013

*The Court of Appeals hereby passes the following order*

**A13I0123. N3, LLC., JOHN ROBERTS, et al v. SEAN MAPLETHORPE.**

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

2012CV220330



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta, February 01, 2013.*

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*, Clerk.*